IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON CAMPBELL,<br><br>                    Defendant. | CRIMINAL ACTION<br>NO. 23-141 |

## ORDER

**AND NOW**, this 10th day of May 2024, upon consideration of Defendant's Motion to Suppress Evidence (Doc. No. 21), the Government's Response in Opposition to the Motion to Suppress Evidence (Doc. No. 30), Defendant's Response in Support of the Motion to Suppress Evidence (Doc. No. 32), the Government's Supplementary Response in Opposition to the Motion to Suppress Evidence (Doc. No. 45), Defendant's Supplementary Response in Support of the Motion to Suppress Evidence (Doc. No. 46), the evidence presented at the hearing on the Motion to Suppress Evidence held on March 8, 2024, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Suppress Evidence (Doc. No. 21) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.