IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON CAMPBELL,<br><br>                Defendant. | CRIMINAL ACTION<br>NO. 23-141 |

# **ORDER**

**AND NOW**, this 10th day of May 2024, upon consideration of Defendant's Motion to Dismiss the Indictment (Doc. No. 22) and the Government's Response in Opposition (Doc. No. 23), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss the Indictment (Doc. No. 22) is **DENIED**.


                                              BY THE COURT:


                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.